**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roberto RODRIGUEZ, Defendant–Appellant.**

**No. 04–40647.**

**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided June 22, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Timothy William Crooks, Norman E. Mcinnis, Assistant Federal Public Defender, Federal Public Defender's Office, Marjorie A. Meyers, Federal Public Defender, Houston, TX, for Defendant–Appellant.

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before WIENER, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Roberto Rodriguez has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rodriguez has not filed a response. However, our review of the brief filed by counsel as well as our review of the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5th CIR. R. 42.2.

the limited circumstances set forth in 5th CIR. R. 47.5.4.